FILED
CLERK, U.S. DISTRICT COURT

MAY – 7 2026

CENTRAL DISTRICT OF CALIFORNIA
BY ___AF___ DEPUTY

# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ALEXANDER ABOUYAN,<br><br>Defendant. | Case No.  CR 25-463-CV<br><br>ORDER OF DETENTION<br><br>[Fed. R. Crim. P. 32.1(a)(6);<br>18 U.S.C. § 3143(a)(1)] |

I.

On May 6, 2026, Defendant Alexander Abouyan made his initial appearance on the petition for revocation of supervised release, dated April 30, 2026, and warrant for arrest issued on May 1, 2026.  Jeremy Lessem, a member of the CJA panel, specially appeared for Defendant's retained counsel, Nathanael Crowley. The government was represented by Assistant U.S. Attorney Julian Xu. Defendant submitted on the recommendation of detention in the report prepared by Probation and Pretrial Services.

II.

Pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a) following Defendant's arrest for alleged violation(s) of the terms of Defendant's ☐ probation / ☒ supervised release,

The Court finds that:

A.    ☒    Defendant has not carried his burden of establishing by clear and convincing evidence that Defendant will appear for further proceedings as required if released [18 U.S.C. § 3142(b-c)].  This finding is based on:

   ☒ the petition alleges that Defendant violated the conditions of supervised release by (1) using methamphetamine on or about December 13, 2025, January 28, 2026, and February 3, 2026; (2) failing to complete a residential substance Abuse treatment program from which Defendant was terminated on march 25, 2026; (3) failing to report a change of residence; and (4) failing to report, as directed, to the Probation Officer on April 28, 2026.

   ☒ poor history of compliance while on supervised release;

B.    ☒    Defendant has not carried his burden of establishing by clear and convincing evidence that Defendant will not endanger the safety of any other person or the community if released [18 U.S.C. § 3142(b-c)].  This finding is based on:

   ☒ allegations in the petition (see above);

2

III

IT IS THEREFORE ORDERED that the defendant is remanded to the custody of the U.S. Marshal pending further proceedings in this matter.

Dated: May 6, 2026

_____
/s/
ALKA SAGAR
UNITED STATES MAGISTRATE JUDGE